**Order entered March 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01201-CR

**DAVID DEWAYNE OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-51368-H**

## ORDER

The Court **REINSTATES** the appeal.

On February 14, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have now received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the February 14, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/      DAVID EVANS
JUSTICE